THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Dean M. Johnston,       
Appellant.
 
 
 

Appeal From Oconee County
Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No.  2004-UP-593
Submitted November 1, 2004  Filed November 29, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Druanne D. White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Dean M. Johnston appeals his guilty plea to assault and battery with intent to kill arguing the trial judge failed to adequately advise him of his constitutional rights in violation of Boykin v. Alabama, 395 U.S. 238 (1969).  Johnstons counsel attached to the final brief a petition to be relieved as counsel, stating he had reviewed the record and concluded this appeal lacks merit.  Johnston filed a separate pro se response.  After a thorough review of the record, counsels brief, and Johnstons pro se brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.